# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| KAREN DOUGLAS | CIVIL ACTION NO. 2:17-CV-00817 |
| VERSUS | JUDGE ROBERT G. JAMES |
| P N K (LAKE CHARLES) L L C | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion for summary judgment filed by the defendant PNK (Lake Charles), L.L.C. d/b/a L'Auberge Lake Charles (Rec. Doc. 46) is GRANTED, consistent with the report and recommendation, and the plaintiff's claims are DISMISSED WITH PREJUDICE.

Signed this 25th day of March, 2019.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE